# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
07/16/2014
CT Log Number 525335088

TO: Karen Selavka
General Electric Company
3135 Easton Tnpk, Corp Legal Dept
PO # 111-003702
Fairfield, CT 06431

RE: **Process Served in Massachusetts**

FOR: General Electric Company (Domestic State: NY)

JUL 18 2014

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Timothy Ballard and Darnyl Ballard, Pltfs. vs. General Electric Company, Dft. |
| DOCUMENT(S) SERVED: | Summons, Proof of Service, Complaint, Cover Sheet, Schedule, Request |
| COURT/AGENCY: | Commonwealth of Massachusetts - Essex Division Probate and Family Court Department, Essex County, MA<br>Case # 201400985D |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 07/28/2011 - 3135 Easton Turnpike, Fairfield, CT |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Boston, MA |
| DATE AND HOUR OF SERVICE: | By Process Server on 07/16/2014 at 13:53 |
| JURISDICTION SERVED: | Massachusetts |
| APPEARANCE OR ANSWER DUE: | Within 20 days after service, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | Patrick T. Jones<br>Jones Kelleher LLP<br>21 Custom House Street<br>Boston, MA 02110<br>617-737-3100 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 780029736197<br>Image SOP<br>Email Notification, Karen Selavka karen.selavka@ge.com |
| SIGNED:<br>PER:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>Dahrlena Mitchell<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110<br>617-757-6404 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:*  -  TORT  -  MOTOR VEHICLE TORT -
CONTRACT  -  EQUITABLE RELIEF  -  OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2014-00985-D

Timothy Ballard and Darnyl Ballard .............................................. , Plaintiff(s)

v.

General Electric Company .............................................. , Defendant(s)

## SUMMONS

To the above named Defendant: CT Corporation System, As Registered Agent for General Electric Company

You are hereby summoned and required to serve upon Patrick T. Jones, Esq. and Timothy C. Kelleher III, Esq. of Jones Kelleher LLP plaintiff's attorney, whose address is 21 Custom House St., Boston, MA 02110 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Lawrence either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, BARBARA J. ROUSE , Esquire, at Salem, the 15th day of July , in the year of our Lord two thousand and fourteen.

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office

A true copy Attest:
Deputy Sheriff Suffolk County

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated: _____, 20___.                   _____

N.B.  TO PROCESS SERVER:-
      PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
      THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

|                               |
|                         , 20 .|
|                               |

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.2014-00985-D

Timothy Ballard and Darnyl Ballard
Plaintiff(s)

v.

General Electric Company
Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                                             SUPERIOR COURT

14-985

| TIMOTHY BALLARD and DARNYL BALLARD<br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>Defendant. |
|---|

CIVIL ACTION
NO.:

FILED
IN THE SUPERIOR COURT
FOR THE COUNTY OF ESSEX

JUN 20 2014

CLERK

### COMPLAINT AND JURY DEMAND

1. The plaintiff, Timothy Ballard ("Ballard") is an individual who resides in Peabody, County of Essex, Commonwealth of Massachusetts.

2. The plaintiff, Darnyl Ballard is an individual who resides in Peabody, County of Essex, Commonwealth of Massachusetts.

3. The defendant, General Electric Company ("General Electric") is a foreign corporation with a principal place of business at 3135 Easton Turnpike, Fairfield, Connecticut and a Massachusetts office located at 1000 Western Avenue, Lynn, County of Essex, Commonwealth of Massachusetts. General Electric's registered agent is CT Corporation System, 155 Federal Street, Suite 700, Boston, County of Suffolk, Commonwealth of Massachusetts.

4. This case arises out of tortious injury caused by the defendant through its ownership, operation, control, management and maintenance of the premises at 1000 Weston Avenue, Lynn, Massachusetts, County of Essex, Commonwealth of Massachusetts specifically including, but not limited to the electrical system within Building 64 at the Premises (the "Premises"). The defendant was negligent in its failure to maintain the Premises, specifically including, but not limited to the electrical system in a reasonably safe condition within Building 64.

5. On or about June 28, 2011, while the plaintiff, Ballard, was in the exercise of due care and lawfully on the Premises, he was caused to be severely injured as he attempted to perform work at the Premises within Building 64.

6. At the time of the incident, the electrical system associated with the roller assembly system within Building 64 was in a defective and unsafe condition including but not limited to a defective switch and further, defective procedures in place to disable machinery or equipment in order to prevent the release of hazardous energy while employees are working in the area.

7. At the time of the incident, the plaintiff, Ballard, was unaware that the premises was in a defective and unsafe condition and the defendant failed to warn him about the unsafe condition.

8. The defendant's negligence in the ownership, operation, control, management and maintenance of this dangerous condition was the proximate cause of Ballard's injuries which include, without limitation, electrocution, a traumatic brain injury, neurological impairment, memory loss, back and neck injuries, headaches, vision problems, chronic dizziness, post-traumatic stress disorder, and speech problems.

9. As a result of defendant's negligence, Ballard has incurred and will continue to incur in the future medical bills for medical care and attention, has suffered physical and emotional pain and suffering and will continue to do so in the future, and has suffered a diminishment in his enjoyment of life and lost wages.

10. Darnyl Ballard is the wife of Timothy Ballard. As a direct and proximate result of the defendant's wrongful conduct, the plaintiff, Darnyl Ballard, has suffered a loss of society, comfort, services, care, companionship, and consortium of her husband, Timothy Ballard and will continue to do so in the future.

11. The plaintiff, Timothy Ballard's injuries were proximately caused by the negligence and gross negligence of the defendant.

12. The plaintiff, Darnyl Ballard's injuries were proximately caused by the negligence and gross negligence of the defendant.

## COUNT I
### Negligence
### (Timothy Ballard v. General Electric)

13. The plaintiff repeats and incorporates by reference herein paragraphs one through twelve.

14. As a direct and proximate result of the defendant's negligence in its ownership, operation, control, management and maintenance of the Premises, specifically including, but not limited to the electrical system within Building 64 at the Premises, Ballard was severely and permanently injured.

15. General Electric's negligence was a direct and proximate cause of Ballard's injuries.

16. This is an action in negligence against General Electric.

## COUNT II
### Gross Negligence
### (Timothy Ballard v. General Electric)

17. The plaintiff repeats and incorporates by reference herein paragraphs one through sixteen.

18. As a direct and proximate result of the defendant's gross negligence in its ownership, operation, control, management and maintenance of the Premises, specifically including, but not limited to the electrical system within Building 64 at the Premises, Ballard was severely and permanently injured.

19. General Electric's gross negligence was a direct and proximate cause of Ballard's injuries.

20. This is an action in gross negligence against General Electric.

## COUNT III
### Loss of Consortium
### (Darnyl Ballard v. General Electric Company)

21. The plaintiff repeats and incorporates by reference herein paragraphs one through twenty.

22. This is a claim for loss of consortium by Darnyl Ballard for the loss of society, comfort, services, care, companionship, and consortium of her husband, Ballard, as a direct and proximate result of the wrongful conduct of the defendant.

WHEREFORE, the plaintiffs claims damages against the defendant, General Electric, in an amount sufficient to compensate them for injuries, including interest and costs and such other relief as the Court deems just.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES RAISED IN THEIR COMPLAINT.

The plaintiffs,
Timothy Ballard and Darnyl Ballard,
By their attorneys,

*/s/ Patrick T. Jones*

Patrick T. Jones, BBO# 253960
pjones@cmjlaw.com
Timothy C. Kelleher III, BBO# 556624
TKelleher@cmjlaw.com
JONES KELLEHER LLP
21 Custom House Street
Boston, MA 02110
Tel: 617-737-3100
Fax: 617-737-3113

DATED: 6/19/14

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Essex |
|---|---|---|
| PLAINTIFF(S) Timothy Ballard and Darnyl Ballard | | DEFENDANT(S) General Electric Company |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Patrick T. Jones (253960) & Timothy C. Kelleher III (556624), Jones Kelleher LLP 21 Custom House Street, Boston MA 02110 617-737-3110 | | ATTORNEY (if known) |

Origin code and track designation

Place an x in one box only:
X 1. F01 Original Complaint
☐ 2. F02 Removal to Sup. Ct. C.231, s.104 (Before trial) (F)
☐ 3. F03 Retransfer to Sup. Ct. C.231, s.102C (X)
☐ 4. F04 District Court Appeal c.231, s.97 and 104 (After trial) (X)
☐ 5. F05 Reactivated after rescript; relief from judgment/Order (M.R.C.P 60) (X)
☐ 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | other negligence-personal injury | ( F ) | ( X ) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:
1.  Total hospital expenses ................................................................. $34,000+
2.  Total Doctor expenses ................................................................. $20,000+
3.  Total chiropractic expenses ......................................................... $
4.  Total physical therapy expenses ................................................. $
5.  Total other expenses (describe) .................................................. $
    Subtotal $54,000+

B.  Documented lost wages and compensation to date ........................... $to be determined
C.  Documented property damages to date ............................................. $
D.  Reasonably anticipated future medical and hospital expenses ......... $to be determined
E.  Reasonably anticipated lost wages ..................................................... $to be determined
F.  Other documented items of damages (describe)
G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)
As a direct and proximate result of the defendant's wrongful conduct the plaintiff was caused to suffer severe personal injuries including, but not limited electrocution, a traumatic brain injury, neurological impairment, memory loss, back and neck injuries, headaches, vision problems, chronic dizziness, post-traumatic stress disorder, and speech problems which required extensive medical treatment. As a direct and proximate result of the defendant's negligence the plaintiff, Darnyl Ballard suffered a loss of consortium.                                                                                                                                                        $Jury determination

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detail description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

" I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____    Date: 6/19/14

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET # ESCV2014-00985-D
Courtroom CtRm 1 (Lawrence)

RE: Ballard et al v General Electric Company
TO:
    Patrick T. Jones, Esquire
    Jones Kelleher LLP
    21 Custom House Road
    Boston, MA 02110

## SCHEDULING ORDER FOR F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue **04/10/2016**.

**STAGES OF LITIGATION**      **DEADLINES**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | 09/18/2014 | 09/18/2014 | |
| Response to the complaint filed (also see MRCP 12) | | 10/18/2014 | |
| All motions under MRCP 12, 19, and 20 | 10/18/2014 | 11/17/2014 | 12/17/2014 |
| All motions under MRCP 15 | 10/18/2014 | 11/17/2014 | 12/17/2014 |
| All discovery requests and depositions served and non-expert depositions completed | 04/16/2015 | | |
| All motions under MRCP 56 | 05/16/2015 | 06/15/2015 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/13/2015 |
| Case shall be resolved and judgment shall issue by **04/10/2016** | | | 04/10/2016 |

- The final pre-trial deadline is <u>not the scheduled date of the conference</u>.
- You will be notified of that date at a later time.
- **Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

Dated: 06/23/2014                                      Thomas H. Driscoll Jr.
                                                                                              Clerk of the Court

Telephone: (978) 242-1900